

FILE COPY

RE: Case No. 15-0069                 DATE: 3/4/2015
COA #: 12-14-00233-CV    TC#: 3-42087
STYLE: CLIFFORD FAIRFAX
  v. BRAD LIVINGSTON, ET AL.

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702